| Prob 22 (9/00) | DOCKET NUMBER (Tran Court) |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 1:06CR445-1 |
| | DOCKET NUMBER (Rec Court) |
| | 3:13-00034 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| WILLIAM MARTIN McNULTY, Sr. | Middle District of North Carolina | Winston-Salem |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William L. Osteen, Sr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 1/20/2012 | TO 1/19/2015 |

OFFENSE

18:1341 & 2   Mail Fraud

18:1343 & 2   Mail Fraud

15:77q(a) & 77x & 2   Securities Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/21/12
Date

_[signature]_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   TENNESSEE

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-7-13
Date

_[signature]_
United States District Judge